UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES—GENERAL

| | | | |
|---|---|---|---|
| Case No. | EDCV 17-2160 JGB (SHKx) | Date | December 2, 2019 |
| Title | Franklin Means v. Airgas USA, LLC, et al. | | |

Present: The Honorable   JESUS G. BERNAL, UNITED STATES DISTRICT JUDGE

| MAYNOR GALVEZ | Phyllis A. Preston |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| James K. Kawahito | Cheryl D. Orr (Telephonically) |
| Brent S. Buchsbaum | Irene M. Rizzi |

**Proceedings:**   HEARING ON Motion Final Approval of Class Action Settlement (Dkt. No. 49); and Motion for Attorney Fees and Costs (Dkt. No. 48)

The Court hears the motions. The Court orders Counsel to file a declaration regarding the CAFA notice. A separate order will be issued ruling on the matter.

**IT IS SO ORDERED.**